## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

THE LOS ALAMOS STUDY GROUP,

     Plaintiff,

vs.                                                 No. CIV 11-946 JB/LAM

UNITED STATES DEPARTMENT OF
ENERGY; THE HONORABLE STEVEN
CHU, SECRETARY, DEPARTMENT OF
ENERGY; THE NATIONAL NUCLEAR
SECURITY ADMINISTRATION; THE
HONORABLE THOMAS P. D'AGOSTINO,
ADMINISTRATOR,

     Defendants.

## <u>FINAL JUDGMENT</u>

**THIS MATTER** comes before the Court on the Stipulation of Dismissal, filed April 4, 2014 (Doc. 35), in which the parties informed the Court that they "stipulate that [this case] shall be and hereby is dismissed without prejudice.  The [p]arties further agree and stipulate that each [p]arty will bear its own attorneys' fees and costs for this litigation."  Stipulation of Dismissal at 1.  Because the Stipulation of Dismissal disposes of all claims and parties before the Court, entry of final judgment is appropriate.

**IT IS ORDERED** that the Plaintiff The Los Alamos Study Group's claims and case against Defendants United States Department of Energy, The Honorable Steven Chu, Secretary, Department of Energy, The National Nuclear Security Administration, and The Honorable Thomas P. D'Agostino, Administrator are dismissed without prejudice, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Thomas M. Hnasko
Dulcinea Z. Hanuschak
Hinkle, Hensley, Shanor & Martin, LLP
Santa Fe, New Mexico

--and--

Lindsay A. Lovejoy, Jr.
The Law Office of Lindsay A. Lovejoy Jr.
Santa Fe, New Mexico

       *Attorneys for the Plaintiff*

Andrew A. Smith
  Trial Attorney
United States Department of Justice
  Natural Resources Section
Albuquerque, New Mexico

--and--

John P. Tustin
  Trial Attorney
United States Department of Justice
  Natural Resources Section
Washington, District of Columbia

       *Attorneys for the Defendants*